UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24166-RAR

**NIGEL FRANK DE LA TORRE PARDO**,

    Plaintiff,

v.

**PRIME HOMES AT PORTOFINO PLAZA RETAIL, LLC**, *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court for a status conference on December 14, 2023, [ECF No. 26], during which the parties informed the Court that they are working towards resolving this matter without the need for protracted litigation and are amenable to an administrative stay in order to facilitate settlement efforts. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file the appropriate dismissal documents with the Court within **thirty (30) days** of the date of this Order.[1] Plaintiff and Defendant Sake Thai LLC previously resolved this matter, *see* Notice of Settlement, [ECF No. 17], and the Court required the parties to file dismissal documents within twenty (20) days, [ECF No. 20]. For purposes of judicial economy, the parties—including Sake Thai LLC—shall submit dismissal documents jointly, within the time allowed by this Order.

---

[1] If the parties fail to finalize their settlement agreement by this deadline, they shall file a motion for an extension of time or a status report regarding the progress of settlement discussions.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of December, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**